846

# MEMORANDUM CASES.

[Civ. No. 2612.   Fourth Appellate District.—February 14, 1941.]

GEORGIA K. PINEGAR, Plaintiff and Appellant, v. THE
FIRST NATIONAL BANK OF CLOVIS, Defendant and
Respondent, and C. K. WAKEFIELD, as Administrator,
etc., Intervener and Respondent.

No appearance for Appellant.

Conley, Conley & Conley for Respondent Bank.

BARNARD, P. J.—This is a motion to dismiss this appeal
from the judgment.   Nothing has been filed in this court ex-
cept the papers on this motion.

From the certificate of the county clerk it appears that
the judgment was entered on June 28, 1940; that notice of
appeal and notice to prepare transcript were filed on August
28, 1940, and that on October 26, 1940, an order was entered
in the trial court terminating proceedings for the preparation
of a transcript, which order recites that no undertaking was
filed and no personal arrangements were made for the com-
pensation of the stenographic reporter; that no extension of
time had been granted; and that no bill of exceptions had ever
been presented or filed.

The showing being sufficient (*Foster* v. *Carey,* 33 Cal. App.
(2d) 543 [92 Pac. (2d) 444]), the motion must be granted.
The appeal is dismissed.

Marks, J., and Griffin, J., concurred.